NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0285n.06
Filed: April 14, 2005

No. 04-1273

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| DIRUBY THOMAS FOSTER, | ) | EASTERN DISTRICT OF MICHIGAN |
| | ) | |
| Defendant-Appellant. | ) | |

Before: MARTIN, COOK, and LAY[*], Circuit Judges.

PER CURIAM. Diruby Thomas Foster pleaded guilty below to being a felon in possession of a firearm. His plea agreement waived all appellate rights, except with regard to whether the evidence against him, which the district court refused to suppress, was the fruit of an illegal search and seizure. After reviewing the record, the parties' briefs, and the applicable law, the panel unanimously agrees that oral argument is not needed in this case, Fed. R. App. P. 34(a), and that the district court's refusal to suppress the evidence was based on a credibility finding that was not clearly erroneous. We therefore affirm the conviction.

---

[*]The Honorable Donald P. Lay, Circuit Judge for the United States Court of Appeals for the Eighth Circuit, sitting by designation.

No. 04-1273
*United States v. Foster*

We also deny Foster's motion to remand for resentencing in light of *United States v. Booker*, 125 S.Ct. 738 (2005), because Foster waived his right to raise this issue on appeal. *See United States v. Bradley*, No. 03-6328, ___ F.3d ___, 2005 U.S. App. LEXIS 3970, at *18-*19 (6th Cir. Mar. 10, 2005) (dismissing *Booker* claim because defendant's plea agreement waived right to appeal).